UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD DONALD WATSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CV-1561 CDP |
| ) | |
| SONYA WHITE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On March 3, 2017, Associate City Counselor, Thomas R. McDonnell, advised the Court that he could not waive service of process as to defendant Sonya White because she is no longer employed by the City of St. Louis. The Court will therefore order counsel to submit, under seal and *ex parte*, the last known residential address for defendant Sonya White.

Accordingly,

**IT IS HEREBY ORDERED** that Associate City Counselor, Thomas R. McDonnell, shall submit to the Court, under seal and *ex parte*, the last known home address for defendant Sonya White.

Dated this 9th day of March, 2017.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE