RICHARD DONALD WATSON, JR.,     )
                                             )
              Plaintiff,           )
                                             )
          v.                   )         No. 4:16-CV-1561 CDP
                                             )
SONYA WHITE,                 )
                                           )
             Defendant.     )

## MEMORANDUM AND ORDER

This matter is before the Court upon Thomas R. McDonnell's filing of Sonya White's last known address. [Doc. #14]  As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain Sonya White's last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the amended complaint as to defendant Sonya White in her individual capacity.  Service shall be effectuated at the address provided by Assoc. City Counselor, Thomas R. McDonnell in his Memorandum to the Court filed on March 10, 2017.  [Doc. #14]

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed.R.Civ.P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant White's last known home address.

Dated this 14th day of March, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE