UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD D. WATSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:16 CV 1561 CDP |
| | ) | |
| SONYA WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Richard D. Watson, Jr., brings this action under 42 U.S.C. § 1983 alleging that defendant Sonya White, a correctional officer at the St. Louis City Justice Center, used excessive force against him during his incarceration at the Justice Center.[1]  Watson, currently proceeding in this case *pro se*, seeks to extend the deadlines set out in this Court's Case Management Order (CMO), stating that he is attempting to find a lawyer to represent him.  I will grant Watson's request and give the parties 30 additional days to comply with the CMO deadlines.  I will also extend by 30 days the time within which Watson must respond to defendant's pending Motion to Compel.  If no counsel enters an appearance within 30 days from the date of this Order, Watson must comply with these newly imposed deadlines.

Accordingly,

---

[1] At the time Watson filed his complaint, he was incarcerated at Algoa Correctional Center in Jefferson City, Missouri.  He has since been released from incarceration.

**IT IS HEREBY ORDERED** that plaintiff Richard D. Watson, Jr.'s request to extend CMO deadlines [22] is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall have 30 days from the date of this Order to comply with any deadlines set out in the CMO that have expired. All remaining deadlines in the CMO are extended by 30 days.

**IT IS FURTHER ORDERED** that plaintiff shall have 30 days from the date of this Order to respond to defendant's Motion to Compel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of June, 2017.